An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH LYN MORRELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67730

FILED

MAY 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for order to return seized property. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for an order to return seized property, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Kenneth Lyn Morrell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-14658